UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

REGINALD BUTLER AND
JACOBS JOHNSON                                                                              PLAINTIFFS

V.                                                       CIVIL ACTION NO. 3:18-CV-326-DPJ-FKB

HINDS COUNTY, MISSISSIPPI, ET AL.                                              DEFENDANTS

FINAL JUDGMENT

For the reasons given in the Order granting Defendant's Motion for Summary Judgment, entered in this case on this date, as well as those given in the orders entered on September 17, 2018 [13], and March 20, 2020 [37], the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Defendants and against Plaintiff.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed.

**SO ORDERED AND ADJUDGED** this the 3rd day of June, 2020.

                                               s/ *Daniel P. Jordan III*
                                               CHIEF UNITED STATES DISTRICT JUDGE